IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., and AVENTISUB LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | C.A. No. 13-1973-GMS <br> **CONSOLIDATED** |

## JUDGMENT

This action came before the Court for a five-day bench trial on February 29, 2016. The issues have been tried and the parties filed Proposed Findings of Facts and Conclusions of Law (D.I. 178, 179) and Post Trial Briefs (D.I. 184, 185). The court issued a Memorandum (D.I. 193) and Order (D.I. 194) ("Bench Opinion") on August 25, 2016. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that, in accordance with this Court's Bench Opinion, final judgment be and is hereby entered in favor of plaintiffs VANDA PHARMACEUTICALS INC. and AVENTISUB LLC ("Vanda") and against defendant ROXANE LABORATORIES, INC. ("Roxane"), finding that:

1. Roxane's ANDA Product infringes claim 3 of the '198 Patent; and

2. Roxane's ANDA Product infringes claims 1-9, 11-13, and 16 of the '610 Patent, except with respect to the plaintiffs' claim of contributory infringement.

Dated: August 25, 2016

UNITED STATES DISTRICT JUDGE